UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK HITSMAN,

        Plaintiff,                     Case No. 1:12−cv−00009−RHB

    v.                                 Hon. Robert Holmes Bell

CAVALRY PORTFOLIO SERVICES, LLC,

        Defendant.
_____/

## **ORDER**

      IT IS HEREBY ORDERED that the stipulation for extension of time until February 10, 2012 for Defendant Cavalry Portfolio Services, LLC, to file its response to Plaintiff Jack Hitsman's complaint is GRANTED.

      IT IS SO ORDERED.


Dated:  January 19, 2012                    /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  United States District Judge